UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ANGEL FRANCISCO CASTRO-TORRES, | ) |
| Plaintiff, | ) |
| v. | ) Case 1:10-cv-2636 |
| JEREMIAH M. LIGNITZ | ) |
| and | ) |
| BRIAN J. WALRAVEN, | ) |
| Defendants. | ) |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff and Defendants jointly file this motion requesting that this Court enter the Proposed Stipulated Protective Order, attached hereto as Exhibit A.  The parties agree that issuance of the attached order is necessary to protect the discovery and dissemination of confidential or proprietary information which will improperly annoy, embarrass, and inflict an undue burden and expense on the parties.  *See* Fed. R. Civ. P. 26(c);

*see also In re Alexander Grant & Co. Litigation*, 820 F.2d 352, 355 (11th Cir. 1987) ("In order to preserve the confidentiality of sensitive materials, a district court may regulate access to the information by issuing a protective order pursuant to Rule 26(c)").

Plaintiff submits that good cause exists for a protective order limiting Defendants' ability to conduct discovery of information that contains, discloses, or reveals information bearing on, or calculated to reveal Plaintiff's national origin or immigration status to avoid the prejudicial effects that such discovery would have upon Plaintiff's ability to effectuate his rights.

Defendants submit that good cause exists for a protective order limiting Plaintiff's ability to conduct discovery of information that reveals certain personal information related to Defendants, public safety personnel and individuals who have been criminally arrested, detained or charged to protect the privacy interests of such persons.

As the Eleventh Circuit aptly stated:

> . . . [W]here document-by-document review of discovery materials would be unpracticable, and when the parties consent to an umbrella order restricting access to sensitive information in order to encourage maximum participation in the discovery process, conserve judicial resources and prevent the abuses of annoyance, oppression and embarrassment, a district court may find good cause and issue a protective order pursuant to Rule 26(c).

*In re Alexander Grant & Co. Litigation*, 820 F.2d at 357.

In the interest of facilitating the exchange of documents and other materials during the pendency of this motion, the parties agree to exchange redacted versions of the documentation described in the Proposed Stipulated Protective Order within 14 days of the filing of this motion and to exchange unredacted versions of such documentation within 14 days of approval of the instant motion.

For the foregoing reasons, the parties request that the Court grant the instant motion.

Dated:       December 30, 2010

Respectfully submitted,

| | |
|---|---|
| _/s/ Daniel Werner_____ | __/s/ George M. Weaver_____ |
| Daniel Werner | George M. Weaver 743150 |
| State Bar of Georgia No. 422070 | Jeffrey A. Shaw 557870 |
| daniel.werner@splcenter.org | HOLLBERG & WEAVER, LLP |
| Immigrant Justice Project | 2921 Piedmont Road, N.E., Suite C |
| Southern Poverty Law Center | Atlanta, Georgia 30305 |
| 233 Peachtree Street, Suite 2150 | (404) 760-1116 |
| Atlanta, Georgia  30303 | gweaver@hw-law.com |
| Tel:  404-521-6700 | jshaw@bellsouth.net |
| Fax:  404-221-5857 | |
| | |
| Andrew H. Turner | Deborah L. Dance 203765 |
| Alabama State Bar # ASB-8682-W84T | H. William Rowling, Jr. 617225 |
| andrew.turner@splcenter.org | 100 Cherokee Street |
| Samuel Brooke | Suite 595 |
| Connecticut State Bar # 426645 | Marietta, Georgia 30090 |
| samuel.brooke@splcenter.org | (770) 528-4000 |

Immigrant Justice Project			BRowling@cobbcounty.org
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL  36104			COUNSEL FOR DEFENDANTS
Tel:   334-956-8200
Fax:  334-956-8481

Trina Realmuto
California State Bar # 201088
trina@nationalimmigrationproject.org
Paromita Shah
Massachusetts State Bar # 641608
paromita@nationalimmigrationproject.org
National Immigration Project of the
National Lawyers' Guild
14 Beacon Street, Suite 602
Boston, MA  02108
Tel:   617-227-9727 x8
Fax:  617-227-5495

G. Brian Spears
State Bar of Georgia No. 670112
bspears@mindspring.com
1126 Ponce de Leon Avenue
Atlanta, Georgia 30306
Tel:  404-872-7086
Fax:  404-892-1128

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

>Deborah L. Dance
>H. William Rowling, Jr.
>Browling@cobbcounty.org
>100 Cherokee Street, Suite 595
>Marietta, GA 30090
>(770) 528-4000
>
>George M. Weaver
>Jeffrey A. Shaw
>HOLLBERG & WEAVER, LLP
>2921 Piedmont Road, N.E., Suite C
>Atlanta, Georgia 30305
>(404) 760-1116
>gweaver@hw-law.com
>jshaw@bellsouth.net

This 30th day of December, 2010.

>*s/ Daniel Werner*
>Attorney for Plaintiff